# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-CV-00903-WJM-NRN

AMY DOMOKOS,

    Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY,

    Defendant.

## STIPULATED NOTICE OF SETTLEMENT

Plaintiff Amy Domokos and Defendant Shelter Mutual Insurance Company, by and through their undersigned counsel, hereby give notice to the Court of a settlement reached between the parties. The parties stipulate as follows:

1. A settlement has been reached by all parties.

2. A meeting of the minds has been reached as to all material terms of the settlement, as memorialized in a written settlement agreement signed by counsel on behalf of both parties, with the parties' authority, on March 12, 2020.

3. The settlement will finally and fully resolve all remaining claims in this action.

4. The parties are finalizing the settlement and will file a stipulation for the dismissal of this lawsuit shortly.

5. The parties accordingly request that the Final Trial Preparation Conference scheduled for March 20, 2020 at 2 p.m. and the trial set to begin on April 6, 2020 be vacated by the Court.

DATED: March 16, 2020

Respectfully submitted,

ZANER HARDEN LAW, LLP

s/ *Kurt Zaner*
Sarah McEahern, #48401
Kurt Zaner, #40989
Zaner Harden Law, LLP
1610 Wynkoop St.
Suite 120
Denver, CO 80202
Tel: 303-563-5354
Fax: 303-563-5351
Email: stm@zanerhardenlaw.com
kz@zanerhardenlaw.com

/s/ *Kelly Kafer*
Kelly Kafer
Sophia Tsai
Morgan Rider Riter Tsai, P.C.
1512 Larimer St., Ste. 450
Denver, CO 80202
Phone: (303) 623-1832
Email: stsai@morganrider.com
kkafer@morganrider.com