**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00903-WJM-NRN

AMY DOMOKOS,

    Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY,

    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amy Domokos and Defendant Shelter Mutual Insurance Company, by their respective counsel of record, hereby stipulate and agree that all claims asserted in the above-entitled cause of action shall be dismissed with prejudice, all issues between the parties having been resolved, with each party to pay her or its own costs and attorney fees.

IT IS FURTHER stipulated and agreed that an Order of Dismissal with Prejudice as to the claims of Plaintiff and this case be entered herein upon the filing of this Stipulation of Dismissal with Prejudice.

| | |
|---|---|
| Dated this April 3, 2020. | Respectfully submitted, |
| *s/ Sarah T. McEahern* | *s/ Kelly L. Kafer* |
| Kurt Zaner, Esq.<br>Sarah T. McEahern, Esq.<br>Zaner Harden Law, LLP<br>1610 Wynkoop Street, Suite 120<br>Denver, CO 80202<br>Phone: (303) 563-5354 | Sophia H. Tsai, Esq.<br>Kelly L. Kafer, Esq.<br>Morgan Rider Riter Tsai, P.C.<br>1512 Larimer Street, Suite 450<br>Denver, CO 80202<br>Phone: (303) 623-1832 |

Facsimile: (303) 5351  
Email: kz@zanerhardenlaw.com  
stm@zanerhardenlaw.com  
Attorneys for Plaintiff

Facsimile: (303) 623-1833  
E-mail: stsai@morganrider.com,  
kkafer@morganrider.com  
Attorneys for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was duly served this April 3, 2020, to each of the following:

| | |
|---|---|
| Kurt Zaner, Esq. | ( )  via U.S. Mail |
| Sarah T. McEahern, Esq. | ( )  via Electronic Mail |
| Elliott Singer, Esq. | ( )  via Facsimile |
| Zaner Harden Law, LLP | ( )  via Overnight Mail |
| 1610 Wynkoop Street, Suite 120 | (x)  via CM/ECF System |
| Denver, CO 80202 | |
| *Attorneys for Plaintiff* | |

                                                       s/ Felisha Hurtado

3